# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Desha Roberts<br><br>    Plaintiff,<br><br>v.<br><br>Convergent Outsourcing, Inc.<br><br>    Defendant. | Case No. 4:14-cv-02518<br><br><br><br>**NOTICE OF SETTLEMENT** |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement.  The parties are currently working on facilitating the settlement.  Plaintiff expects to dismiss this case within sixty days.

                RESPECTFULLY SUBMITTED,

                Hyslip & Taylor, LLC, LPA

                By:  s/ Jeffrey S. Hyslip____
                    Jeffrey S. Hyslip
                    Attorney for Plaintiff
                    1100 W. Cermak Rd., Suite B410
                    Chicago, IL  60608
                    312-380-6110
                    jeffrey@lifetimedebtsolutions.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by Plaintiff's Counsel upon the following:

Shannon Smith, Esq.
Director of Litigation & Risk Management
Convergent Outsourcing, Inc.
800 SW 39th Street
Renton, WA  90857

                                                                             s/ Jeffrey S. Hyslip